MECHANICS'    The President, Directors, and Company of the MECHANICS'
BANK                          BANK vs. LEVY and another.
v.
LEVY.

> Where suspicious circumstances, gross fraud and collusion are charged in a
> bill, a defendant will be held to a strict rule in answering. Not only his
> motives, but his secret designs, his " unuttered thoughts" must be exposed.

*March* 12,    THIS cause came before the court on exceptions to a master's
1832.    report allowing exceptions to answers for insufficiency. But
*Practice.*    there was only one exception taken to the answer of the de-
*Exceptions.*    fendant, Levy, which contained any important point of practice.

The bill was filed by the complainants as judgment creditors
of the defendant Solomon Levy, senior. The debt originated
in a large and, alleged, fraudulent overdrawing of account at
the Mechanics' Bank. Michael B. Wolfe, the other defendant,
was charged as a participator. The complainants had caused
a writ of *fieri facias* to be issued, which was returned *nulla
bona;* and they now sought a discovery and satisfaction out of
the property and funds of either defendant.

The fifth exception (allowed by the master) proceeded upon the
ground of the defendant Levy's not having answered, whether he
did or did not knowingly and premeditatedly overdraw his cash
account. This charge he was called upon distinctly to answer.

THE VICE-CHANCELLOR said: Although this defendant has
gone very much into detail in stating the manner of his overdraw-
ing, his reasons for it and the expectations of his making it
good, yet I do not perceive he has met the charge in terms. In
every case accompanied by such suspicious circumstances of
fraud and collusion as are here exhibited, the party must be
held to a strict rule in answering. Not only his motives, but
his secret designs—his "unuttered thoughts" must be reached,
if possible, and exposed to view, in order that the fraud may be
detected.

Mr. *Henry W. Warner*, for the complainants.

Mr. *James Tallmadge* and Mr. *S. B. H. Judah*, for the defendants.